**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-3700
_____

TENNESSEE GAS PIPELINE COMPANY, LLC

v.

PERMANENT EASEMENT FOR 7.053 ACRES,
PERMANENT OVERLAY EASEMENT
FOR 1.709 ACRES AND TEMPORARY
EASEMENTS FOR 8.551 ACRES IN MILFORD
AND WESTFALL TOWNSHIPS, PIKE COUNTY,
PENNSYLVANIA, TAX PARCEL NUMBERS;
KING ARTHUR ESTATES, A Limited Partnership;
RIOTHAMUS CORP, General Partner of King Estates
c/o Ernest Bertuzzi President; ALL UNKNOWN OWNERS
AND INTERESTED PARTIES

King Arthur Estates, L.P. and Riothamus Corporation,
                                                    Appellants
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA
(D.C. No. 3-12-cv-01477)
District Judge: Hon. A. Richard Caputo
_____

ORDER AMENDING OPINION
_____

It appears that certain references to the majority contained within the dissenting opinion did not identify the correct page number.  Accordingly, the dissenting opinion is amended as follows:

Page 4, footnote 2, change "Maj. Op. 21" to "Maj. Op. 21-22";

Page 7, first full paragraph, fifth line, change "Maj. Op. 17-18" to "Maj. Op. 18";

Page 7, footnote 4, change "Maj. Op. 19-21" to "Maj. Op. 20-21"; and,

Page 8, second line, change "Maj. Op. 18" to "Maj. Op. 19".

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: July 25, 2019

cc: Albert F. Moran, Esq.
Patrick F. Nugent, Esq.
Sean T. O'Neill, Esq.
John F. Stoviak, Esq.
Elizabeth U. Witmer, Esq.